## Commonwealth *v.* Creighton, Appellant.

Argued December 10, 1973. *Hardy Williams*, for appellant; *Louis A. Perez, Jr.*, Assistant District Attorney, with him *James T. Ranney* and *David Richman*, Assist-

ant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.